1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11  RAMON SINEGAL,                )    NO. ED CV 13-240-RGK(E)
                                  )
12              Petitioner,       )
                                  )
13        v.                      )    JUDGMENT
                                  )
14  L.S. McEWEN, Warden,          )
                                  )
15              Respondent.       )
                                  )
16  _____)
17
18      Pursuant to the "Order of Dismissal,"
19
20      IT IS ADJUDGED that the Petition is denied and dismissed
21  without prejudice.
22
23      DATED: March 28, 2013.

                              /s/ Gary Klausner
                          _____
                                R. GARY KLAUSNER
                          UNITED STATES DISTRICT JUDGE